UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| ASHLEY COOPER, | 13 Civ. 8064 (KPF) (JCF) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -against- | |
| THE TRUSTEES OF THE COLLEGE OF THE HOLY CROSS d/b/a COLLEGE OF THE HOLY CROSS, COLLEGE OF THE HOLY CROSS, BILL GIBBONS, RICHARD M. REGAN, JR. and ANN ZELESKY, | |
| Defendants. | |

------------------------------------------------------------------------x

PLEASE TAKE NOTICE that the undersigned appears herein as counsel for the plaintiff and demands that all papers served herein be served upon him.

Dated:   New York, New York
     November 14, 2013

        LAW OFFICE OF ELIZABETH EILENDER, P.C.
        Attorneys for Plaintiff
        225 Broadway, 24th Floor
        New York, New York 10007
        (212) 227-2174

        By:   s/Elizabeth Eilender
            *Elizabeth Eilender*

TO:

VENABLE LLP
Attorneys for Defendants
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
(212) 307-5500