UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

ASHLEY COOPER,                                                                    13 Civ. 8064 (KPF) (JCF)

                        Plaintiff,                                     **JURY DEMAND**

   -against-

THE TRUSTEES OF THE COLLEGE OF THE HOLY
CROSS d/b/a COLLEGE OF THE HOLY CROSS,
COLLEGE OF THE HOLY CROSS, BILL GIBBONS,
RICHARD M. REGAN, JR. and ANN ZELESKY,

                        Defendants.

------------------------------------------------------------------------x

COUNSELORS:

      PLEASE TAKE NOTICE, that plaintiffs in the above matter hereby demand a trial by jury. This is being served without prejudice to plaintiff's motion to remand but is simply to protect plaintiff's right to a jury trial.

Dated:      New York, New York
            November 14, 2013

                                      LAW OFFICE OF ELIZABETH EILENDER, P.C.
                                      Attorneys for Plaintiff
                                      225 Broadway, 24th Floor
                                      New York, New York 10007
                                      (212) 227-2174

                                      By:      s/Elizabeth Eilender
                                              *Elizabeth Eilender*

TO:

VENABLE LLP
Attorneys for Defendants
1270 Avenue of the Americas, 25th Floor
New York, New York 10020
(212) 307-5500