JUDGE FAILLA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

13 CV 8064

ASHLEY COOPER,

          Plaintiff,

-against-

THE TRUSTEES OF THE COLLEGE OF THE
HOLY CROSS d/b/a COLLEGE OF THE HOLY
CROSS, COLLEGE OF THE HOLY CROSS, BILL
GIBBONS, RICHARD M. REGAN, JR. AND ANN
ZELESKY,

          Defendants.

Civil Action No. _____

**RULE 7.1 STATEMENT**

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant the Trustees of the College of the Holy Cross d/b/a College of the Holy Cross, by and through its counsel, Venable LLP, hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: November 13, 2013
      New York, New York

**VENABLE LLP**

By: _____
    Michael J. Volpe
    Edmund M. O'Toole
    Michael C. Hartmere
    Adam G. Possidente
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
(212) 307-5500 (tel.)
(212) 307-5598 (fax)

*Counsel for Defendants*