UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHLEY COOPER,<br><br>                    Plaintiff,<br><br>     -against-<br><br>THE TRUSTEES OF THE COLLEGE OF THE HOLY CROSS d/b/a COLLEGE OF THE HOLY CROSS, COLLEGE OF THE HOLY CROSS, BILL GIBBONS, RICHARD M. REGAN, JR. AND ANN ZELESKY,<br><br>                    Defendants. | No. 13-cv-8064 (KPF)(JCF)<br><br>**NOTICE OF APPEARANCE** |

**TO THE ABOVE-CAPTIONED COURT AND PARTIES:**

   **PLEASE TAKE NOTICE** that Edmund M. O'Toole, Esq., of Venable LLP, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, shall appear as co-counsel for defendants the Trustees of the College of the Holy Cross d/b/a College of the Holy Cross, College of the Holy Cross, Bill Gibbons, Richard M. Regan, Jr., and Ann Zelesky in the above-captioned matter.

Dated: November 14, 2013
       New York, New York

                              /s/ Edmund M. O'Toole_____
                              Edmund M. O'Toole
                              VENABLE LLP
                              Rockefeller Center
                              1270 Avenue of the Americas, 24th Floor
                              New York, New York 10020
                              (212) 307-5500 (tel.)
                              (212) 307-5598 (fax)

                              *Counsel for Defendants*