UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHLEY COOPER,<br><br>                Plaintiff,<br><br>   -against-<br><br>THE TRUSTEES OF THE COLLEGE OF THE HOLY CROSS d/b/a COLLEGE OF THE HOLY CROSS, COLLEGE OF THE HOLY CROSS, BILL GIBBONS, RICHARD M. REGAN, JR. AND ANN ZELESKY,<br><br>                Defendants. | No. 13-cv-8064 (KPF)(JCF)<br><br>**NOTICE OF APPEARANCE** |

**TO THE ABOVE-CAPTIONED COURT AND PARTIES:**

**PLEASE TAKE NOTICE** that Michael C. Hartmere, Esq., of Venable LLP, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, shall appear as co-counsel for defendants the Trustees of the College of the Holy Cross d/b/a College of the Holy Cross, College of the Holy Cross, Bill Gibbons, Richard M. Regan, Jr., and Ann Zelesky in the above-captioned matter.

Dated: November 14, 2013
           New York, New York

                                   /s/ Michael C. Hartmere
                                  Michael C. Hartmere
                                  VENABLE LLP
                                  Rockefeller Center
                                  1270 Avenue of the Americas, 24th Floor
                                  New York, New York 10020
                                  (212) 307-5500 (tel.)
                                  (212) 307-5598 (fax)

                                  *Counsel for Defendants*