UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHLEY COOPER,<br><br>      Plaintiff,<br><br> -against-<br><br>THE TRUSTEES OF THE COLLEGE OF THE HOLY CROSS d/b/a COLLEGE OF THE HOLY CROSS, COLLEGE OF THE HOLY CROSS, BILL GIBBONS, RICHARD M. REGAN, JR. AND ANN ZELESKY,<br><br>      Defendants. | No. 13-cv-8064 (KPF)(JCF)<br><br>**NOTICE OF APPEARANCE** |

**TO THE ABOVE-CAPTIONED COURT AND PARTIES:**

  **PLEASE TAKE NOTICE** that Adam G. Possidente, Esq., of Venable LLP, 1270 Avenue of the Americas, 24th Floor, New York, New York 10020, shall appear as co-counsel for defendants the Trustees of the College of the Holy Cross d/b/a College of the Holy Cross, College of the Holy Cross, Bill Gibbons, Richard M. Regan, Jr., and Ann Zelesky in the above-captioned matter.

Dated: November 14, 2013
   New York, New York

            /s/ Adam G. Possidente_____
           Adam G. Possidente
           VENABLE LLP
           Rockefeller Center
           1270 Avenue of the Americas, 24th Floor
           New York, New York 10020
           (212) 307-5500 (tel.)
           (212) 307-5598 (fax)

           *Counsel for Defendants*