USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                   :

ASHLEY COOPER,                                      :

                                            Plaintiff,    :        13 Civ. 8064 (KPF)
                v.                                              :
                                                                     :           ORDER
THE TRUSTEES OF THE COLLEGE OF HOLY :
CROSS, *et al.*,                                     :
                                                                     :
                                          Defendants.  :
                                                                     :
------------------------------------------------------------X

KATHERINE POLK FAILLA, District Judge:

       As discussed during the conference held on December 17, 2013, it is hereby ORDERED that Plaintiff may file a motion to remand this case to New York State Supreme Court, County of New York, by January 17, 2014.  Any opposition to said motion is due by February 18, 2014, and any reply is due by March 4, 2014.

       SO ORDERED.

Dated:  December 17, 2013
           New York, New York

                                                                    KATHERINE POLK FAILLA
                                                                    United States District Judge