STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

SEAN ALEXANDER, being duly sworn, deposes and says:

That he is over eighteen years of age, is not a party to this action; and is employed by the attorney for the plaintiff(s) herein. That on January 16, 2014 he served the within:

Notice of Motion to Remand, Eilender Declaration with Exhibits and Memorandum of Law

upon the following, at the address(es) designated by said attorney(s) via Hand Delivery.

Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Att: Michael J. Volpe, Esq.

_____
Sean Alexander

Sworn to before me this
16th day of January, 2014

_____
Notary Public

HARRIS L. MARKS
Notary Public, State of New York
No. 02MA6261325
Qualified in New York County
Commission Expires May 14, 2016