# EXHIBIT B

Law Office of

# Elizabeth Eilender, P.C.

225 Broadway, 24th Floor
New York, New York 10007
(212) 227-2174

Admitted to
NY, NJ & CT Bars
EEilender@lawjaros.com

October 24, 2013

Venable LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Att: Michael J. Volpe, Esq.

Re:   *Ashley Cooper v. The Trustees of the College of Holy Cross, et al*

Dear Mr. Volpe:

This will confirm that you have accepted service of the Summons and Complaint on behalf of all the defendants.

Please let me know when it would be convenient to file a responsive pleading within the time limits set forth in the CPLR.

Very truly yours,

Elizabeth Eilender