# EXHIBIT A



# Commonwealth of Massachusetts.

IN THE YEAR ONE THOUSAND EIGHT HUNDRED AND SIXTY-*five*.

## AN ACT

to incorporate the Trustees of the College of the Holy Cross.

Be it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same, as follows:

Section 1. James Clark, Charles Fulmer, James C. Moore, Charles F. Kelly, Livy Vigilante, their associates and successors, are hereby constituted a body corporate by the name of the Trustees of the College of the Holy Cross, in the city of Worcester, and they and their successors and such as shall be duly elected members of such corporation shall be and remain a body corporate by that name forever; and for the orderly conducting of the business of said corporation the said trustees shall have power and authority, from time to time as occasion may require, to elect

a president, vice-president, secretary, treasurer, and such other officers of said corporation as may be found necessary, and to declare the duties and tenures of their respective offices, and also to remove any trustee from the corporation when in their judgment he shall be rendered incapable by age or otherwise of discharging the duties of his office, or shall neglect or refuse to perform the same, and also from time to time to elect new members of said corporation; <u>provided</u> that the number of members shall never be less than five nor more than eleven.

<u>Section 2.</u> The said corporation shall have full power and authority to determine at what times and places their meetings shall be holden, and the manner of notifying the trustees to convene such meetings, and also from time to time to elect a president of said college and such professors, tu-

tors, instructors and other officers of the said college, as they shall judge most for the interest thereof, and to determine the duties, salaries, emoluments, responsibilities and tenures of their several offices; and the said corporation is further empowered to purchase or erect and keep in repair such houses and other buildings as it shall judge necessary for said college, and to confer such degrees as are conferred by any college in this Commonwealth, except medical degrees: <u>provided nevertheless</u>, that no corporate business shall be transacted at any meeting unless a majority of the trustees are present.

<u>Section 3.</u> Said corporation may have a common seal which it may alter or renew at pleasure, and all deeds sealed with the seal of said corporation and signed by its order, shall, when made in the corporate

name, be considered in law as the deeds of said corporation, and said corporation may sue and be sued in all actions, real, personal, or mixed, and may prosecute the same to final judgment and execution, by the name of the Trustees of the College of the Holy Cross; and said corporation shall be capable of taking and holding, in fee simple or any less estate, by gift, grant, bequest, devise or otherwise, any lands, tenements, or other estate real or personal, to an amount not exceeding three hundred thousand dollars.

Section 4. The clear rents and profits of all the estate, real and personal, of which the said corporation shall be seized or possessed, shall be appropriated to the endowment of said college, in such manner as shall best promote virtue, piety, and learning in such of the languages and of the liberal and useful arts and sciences, as

shall be recommended from time to time by the said corporation, conforming however to the will of any donor or donors in the application of any estate which may be given, devised, or bequeathed, for any particular object connected with the college; and no misnomer of the said corporation shall defeat or annul any donation, gift, grant, devise or bequest, to or from the said corporation.

Section 5. The legislature of this commonwealth may alter, limit, restrain, or annul, any of the powers vested by this act in the said corporation, as shall be deemed necessary, and more especially may appoint overseers or visitors of the said college, with all necessary powers for the better aid, preservation and government thereof.

Section 6. The granting of this charter shall never be considered as any pledge on the part of the common-

wealth that pecuniary aid shall hereafter be granted to the college.

House of Representatives, March 21, 1865.
Passed to be enacted,
Alex. H. Bullock, Speaker.

In Senate, March 23, 1865.
Passed to be enacted,
J. E. Field, President.

March 24, 1865.
Approved,—
John A. Andrew.

---

Secretary's Department
Boston, March 25, 1865.

I certify the foregoing to be a true copy of the original act, approved March 24, 1865.

Oliver Warner.
Secretary of the Commth