# EXHIBIT C

Mass. Corporations, external master page                                                Page 1 of 1



# Corporations Division

### Business Entity Summary

ID Number: 666001829                          ⌈Request certificate⌉  ⌈New search⌉

Summary for: TRUSTEES OF THE COLLEGE OF THE HOLY CROSS

| | |
|---|---|
| The exact name of the School:   TRUSTEES OF THE COLLEGE OF THE HOLY CROSS | |
| Entity type:   School | |
| Identification Number: 666001829 | Old ID Number: |
| Date of Organization in Massachusetts:   03-24-1865 | |
| | Last date certain: |
| Current Fiscal Month/Day:01/00 | Previous Fiscal Month/Day:01/00 |

**The location of the Principal Office in Massachusetts:**

Address:   UNKNOWN

City or town, State, Zip code, Country:        WORCESTER,  MA   01608   USA

**The name and address of the Resident Agent:**

Name:

Address:

City or town, State, Zip code, Country:

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address | Term expires |
|---|---|---|---|
| | | | |

☐Consent      ☐Confidential Data      ☐Merger Allowed      ☐Manufacturing

**Note: Additional information that is not available on this system is located in the Card File.**

**View filings for this business entity:**

ALL FILINGS
Annual Report
Application For Revival
Articles of Amendment
Articles of Consolidation - Foreign and Domestic
Articles of Consolidation - Domestic and Domestic
Articles of Merger - Domestic and Domestic
Articles of Merger - Foreign and Domestic      ⌈View filings⌉
Articles of Organization

**Comments or notes associated with this business entity:**

Certificate of Change of Address of Resident Agent
Certificate of Resignation of Resident Agent
Certificate of Revocation of Appointment of Resident Agent      ⌈New search⌉
Dissolution by Court Order or by the SOC
Restated Articles of Organization
Revocation by SOC

William Francis Galvin, Secretary of the Commonwealth of Massachusetts
**Terms and Conditions**